UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS HUMPHRIES (#494920)

VERSUS

FRANK RUSSO, ET AL

CIVIL ACTION

NO. 11-783-BAJ-CN

## RULING AND ORDER OF DISMISSAL

The Court, having carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 1, 2012 (doc. 4), and plaintiff's has objection thereto (doc. 5), hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's action is dismissed, with prejudice, as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, March 8, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA